UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 210 MUNI LLC and OLYMPIC FUNDING LLC,<br><br>       Plaintiffs,<br><br> -against-<br><br>ANNE MAHLUM,<br><br>       Defendant. | Case No. 1:25-cv-00435 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On January 17, 2025, Plaintiff directed Defendant to amend her Notice of Removal to allege the citizenship of each constituent person or entity comprising the Plaintiff LLCs, including the state of incorporation and principal place of business of any corporate entity member.  Dkt. 5.

  On January 24, 2025, Defendant filed an amended notice of removal stating that Albert Laboz is a member of Plaintiffs 210 Muni LLC and Olympic Funding, LLC, and that Laboz is a citizen of the State of New York.  However, the amended notice of removal does not clarify whether Laboz is the *sole* member of the Plaintiff LLCs.  Therefore, by January 31, 2025, Defendant shall submit an amended notice of removal clarifying whether Laboz is the sole member of the Plaintiff LLCs, and if not, alleging the citizenship of each constituent person or entity comprising the Plaintiff LLCs.

Dated: January 28, 2025
    New York, New York

                  SO ORDERED.

                  _____
                  JENNIFER L. ROCHON
                  United States District Judge