UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 210 MUNI LLC and OLYMPIC FUNDING LLC,<br><br>       Plaintiffs,<br><br> -against-<br><br>ANNE MAHLUM,<br><br>       Defendant. | 1:25-cv-00435 (JLR)<br><br>**MEDIATION REFERRAL ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The Court respectfully requests a mediator with experience in commercial real estate, if possible. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated: March 26, 2025
   New York, New York

                SO ORDERED

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge