UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

210 MUNI LLC and OLYMPIC
FUNDING LLC,

        Plaintiffs,

     -against-               **STIPULATION OF DISMISSAL**

ANNE MAHLUM,               Case No. 1:25-cv-00435 (JLR)

        Defendant.

_____

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorney on behalf of plaintiffs 210 Muni LLC and Olympic Funding LLC and the

undersigned attorney on behalf of defendant Anne Mahlum as follows:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action

    shall be and hereby is dismissed with prejudice in its entirety.  This Stipulation may

    be executed with facsimile or electronic signatures, which shall have the same force

    and effect as originals.

Dated: New York, New York
       October 13, 2025

s/Bernard D'Orazio               s/ Kristen A. Bennett

_____    _____

LAW OFFICES OF                   MOORE & LEE, LLP
BERNARD D'ORAZIO & ASSOCIATES, P.C.   Attorneys for Defendant
Attorneys for Plaintiffs            1751 Pinnacle Drive
The Legal Studio @ 238 West 139th Street   Suite 1100
New York, New York 10030          McLean, Virginia 22102
(212) 608-5300                   (703) 506-2050
bdorazio@dorazio-law.com         k.bennett@mooreandlee.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

AMBITION BROOKLYN COURT ST LLC
and AMBITION NEW YORK WEST 20TH
ST. LLC,

     Plaintiffs,

   -against-

210 MUNI LLC and OLYMPIC
FUNDING LLC,

     Defendants.

_____

**STIPULATION OF DISMISSAL**

Case No. 1:25-cv-5611-JLR

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorney on behalf of plaintiffs Ambition Brooklyn Court St LLC and Ambition New York

West 20th St. LLC and the undersigned attorney on behalf of defendants 210 Muni LLC and

Olympic Funding LLC as follows:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action

  shall be and hereby is dismissed with prejudice in its entirety.  This Stipulation may

  be executed with facsimile or electronic signatures, which shall have the same force

  and effect as originals.

Dated: New York, New York
   October 13, 2025

Kristen. A. Bennett

_____
MOORE & LEE, LLP
Attorneys for Plaintiffs
1751 Pinnacle Drive
Suite 1100
McLean, Virginia 22102
(703) 506-2050
k.bennett@mooreandlee.com

Bernard D'Orazio

_____
LAW OFFICES OF
BERNARD D'ORAZIO & ASSOCIATES, P.C.
Attorneys for Defendants
The Legal Studio @ 238 West 139th Street
New York, New York 10030
(212) 608-5300
bdorazio@dorazio-law.com