UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

210 MUNI LLC and OLYMPIC
FUNDING LLC,

        Plaintiffs,

-against-                  **STIPULATION OF DISMISSAL**

ANNE MAHLUM,                  Case No. 1:25-cv-00435 (JLR)

        Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorney on behalf of plaintiffs 210 Muni LLC and Olympic Funding LLC and the undersigned attorney on behalf of defendant Anne Mahlum as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be and hereby is dismissed with prejudice in its entirety. This Stipulation may be executed with facsimile or electronic signatures, which shall have the same force and effect as originals.

Dated: New York, New York
       October 13, 2025

s/ Bernard D'Orazio                    s/ Kristen A. Bennett

LAW OFFICES OF                        MOORE & LEE, LLP
BERNARD D'ORAZIO & ASSOCIATES, P.C.   Attorneys for Defendant
Attorneys for Plaintiffs                1751 Pinnacle Drive
The Legal Studio @ 238 West 139th Street   Suite 1100
New York, New York 10030             McLean, Virginia 22102
(212) 608-5300                         (703) 506-2050
bdorazio@dorazio-law.com              k.bennett@mooreandlee.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBITION BROOKLYN COURT ST LLC
and AMBITION NEW YORK WEST 20TH
ST. LLC,

           Plaintiffs,

    -against-

210 MUNI LLC and OLYMPIC
FUNDING LLC,

           Defendants.

**STIPULATION OF DISMISSAL**

Case No. 1:25-cv-5611-JLR

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorney on behalf of plaintiffs Ambition Brooklyn Court St LLC and Ambition New York West 20th St. LLC and the undersigned attorney on behalf of defendants 210 Muni LLC and Olympic Funding LLC as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be and hereby is dismissed with prejudice in its entirety. This Stipulation may be executed with facsimile or electronic signatures, which shall have the same force and effect as originals.

Dated: New York, New York
       October 13, 2025

| | |
|---|---|
| Kristen. A. Bennett<br>MOORE & LEE, LLP<br>Attorneys for Plaintiffs<br>1751 Pinnacle Drive<br>Suite 1100<br>McLean, Virginia 22102<br>(703) 506-2050<br>k.bennett@mooreandlee.com | Bernard D'Orazio<br>LAW OFFICES OF<br>BERNARD D'ORAZIO & ASSOCIATES, P.C.<br>Attorneys for Defendants<br>The Legal Studio @ 238 West 139th Street<br>New York, New York 10030<br>(212) 608-5300<br>bdorazio@dorazio-law.com |